IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CHARLES ALLEN, JR.,**

    Petitioner,

v.                              Case No. 5:09cv287/MCR/CJK

**KENNETH S. TUCKER,**

    Respondent.
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 8, 2012 (doc. 53). The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED:

    1.    The magistrate judge's report and recommendation (doc. 53) is adopted and incorporated by reference in this order.

    2.    The amended petition for writ of habeas corpus (doc. 30), challenging the convictions and sentences in *State of Florida v. Charles Allen, Jr.,* in the Circuit Court for Bay County, Florida, Case Nos. 08-1168, 08-1169 and 08-1170, is DENIED.

3.      The clerk is directed to close the file.

4.      A certificate of appealability is DENIED.

DONE AND ORDERED this 30th day of August, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**